**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
October 25, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS MATEO AISPURO-PENA

Defendant.

Case No. 2:22-mj-0147 JDP-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS MATEO AISPURO-PENA</u> Case No. <u>2:22-mj-0147 JDP-2</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

 x        Secured Appearance Bond $   $50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): \_\_

Issued at Sacramento, California on October 25, 2022 at 2:00 PM

By: _/s/ Edmund F. Brennan_

Magistrate Judge Edmund F. Brennan