PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MATEO AISPURO-PENA,<br><br>Defendant. | CASE NO. 2:22-MJ-00147-JDP<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties held a detention hearing in the above-captioned case on October 25, 2022 before Magistrate Judge Edmund F. Brennan. *See* Dkt. No. 17. At that detention hearing, the government requested that—in addition to the terms of release included in the Pretrial Services Officer's report—the Court should add a condition assigning the defendant a third-party custodian. In response, Judge Brennan ordered the parties to file a stipulation and proposed order designating a specific individual as such a third-party custodian. *See id.*

2. The parties have met and conferred and agreed that the defendant's mother, Rosalva Pena Aispuro, can and should be assigned the role of third-party custodian for defendant while he is on pretrial release.

3. The parties therefore request that Rosalva Pena Aispuro be designated as defendant's

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

1

third-party custodian, and that the following term should be added to the conditions of defendant's release: "You are released to the third-party custody of Rosalva Pena Aispuro, and you must reside at 715 South Olive Avenue, Stockton, CA 95215."

    IT IS SO STIPULATED.

Dated: October 27, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ AARON D. PENNEKAMP
AARON D. PENNEKAMP
Assistant United States Attorney

Dated: October 27, 2022

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
JESUS MATEO AISPURO-PENA

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: October 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE