PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS MATEO AISPURO-PENA and DANIEL CARDENAS,<br><br>    Defendants. | CASE NO. 2:22-MJ-00147-JDP<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARINGS; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Jesus Mateo Aispuro-Pena and Daniel Cardenas (hereinafter "defendants"), by and through their counsel of record, hereby stipulate as follows:

1. This matter as to defendants was previously scheduled for preliminary hearings on November 3, 2022 at 11:00 a.m. before Magistrate Judge Kendall J. Newman.

2. Since those preliminary hearings were scheduled, the parties and the Court have held a detention hearing, at which both defendants were ordered to be released on conditions. *See* Dkt. Nos. 17, 18.

3. Moreover, on October 27, 2022, Magistrate Judge Carolyn K. Delaney held a detention hearing as to defendant Victor Rios-Beltran, the named defendant in Case No. 2:22-mj-0150 DB. Rios-Beltran's case is directly related to the above-captioned case, and the government's expectation is that

1  Rios-Beltran's case will be consolidated with the above-captioned matter.  At that separate detention
2  hearing, Rios-Beltran was also ordered to be released on conditions, and his preliminary hearing on the
3  government's complaint was scheduled for November 15, 2022 at 2:00 p.m.
4      4.    Counsel for defendants and counsel for the government have met and conferred
5  concerning their November 3, 2022 preliminary hearing date.  The government requested that this
6  preliminary hearing date be continued for a short period of time because the defendants were no longer
7  "in custody" pursuant to Federal Rule of Criminal Procedure 5.1(c), and in order to allow the above-
8  captioned matter to proceed on the same schedule as the matter concerning defendant Rios-Beltran.  All
9  parties have agreed that they are available for continued preliminary hearings on November 15, 2022.
10 As a result, the government requested that the preliminary hearings as to defendants be continued to that
11 date, and defendants have consented to that request.  All parties further agree that "good cause" supports
12 the government's request, "keeping in mind the prompt disposition of criminal cases."  Fed. R. Crim. P.
13 5.1(d).
14     5.    The parties therefore stipulate and agree that the preliminary hearings as to defendants
15 should be continued to November 15, 2022 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure
16 5.1(d).
17     IT IS SO STIPULATED.

18 Dated:  October 28, 2022      PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ AARON D. PENNEKAMP
20                                                  AARON D. PENNEKAMP
                                                    Assistant United States Attorney

22 Dated:  October 28, 2022      /s/ DOUGLAS BEEVERS
                                                    DOUGLAS BEEVERS
23                                                  Counsel for Defendant
24                                                  JESUS MATEO AISPURO-
                                                    PENA

26 Dated:  October 28, 2022      /s/ TODD LERAS
                                                    TODD LERAS
27                                                  Counsel for Defendant
                                                    DANIEL CARDENAS
28

STIPULATION TO CONTINUE PRELIMINARY HEARINGS     2

**ORDER**

The government has requested pursuant to Federal Rule of Criminal Procedure 5.1(d) that the preliminary hearings as to defendants Jesus Mateo Aispuro-Pena and Daniel Cardenas be continued until November 15, 2022 at 2:00 p.m. Defendants Jesus Mateo Aispuro-Pena and Daniel Cardenas consent to this request.

For good cause, and for the reasons stated in the parties' stipulation, IT IS HEREBY ORDERED that the preliminary hearings as to defendants Jesus Mateo Aispuro-Pena and Daniel Cardenas currently scheduled for November 3, 2022 at 11:00 a.m. are CONTINUED until November 15, 2022 at 2:00 p.m. before the assigned duty Magistrate Judge for the Eastern District of California.

IT IS SO ORDERED.

Dated:  October 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE